1 Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN HEISER, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | **Demand does not Exceed $10,000** |
| Defendant. | |

**<u>COMPLAINT</u>**

DONNA CRANE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to

    eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

8. Plaintiff is a natural person who resides in Milwaukie, Wisconsin and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the

principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff demanding payment for an alleged debt (see Exhibit "A").

12. Defendant is collecting on a debt not owed by Plaintiff.

13. Defendant continues to place collection calls to Plaintiff after being notified that Plaintiff does not owe the debt and to cease and desist all further collection calls.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    d. Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

    e. Defendant violated *§1692f* of the FDCPA by engaging in unfair and unconscionable means to collect or attempt to collect an alleged debt.

    f. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount

not authorized by the agreement creating the debt or permitted by law.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

**WHEREFORE,** Plaintiff, JOHN HEISER, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JOHN HEISER demands a jury trial in this cause of action.

                                      RESPECTFULLY SUBMITTED,

DATED:  February 9, 2009         KROHN & MOSS, LTD.

                             By: /s/ Ryan Lee
                                 Ryan Lee
                                 Attorney for Plaintiff

### VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF WISCONSIN

Plaintiff, JOHN HEISER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOHN HEISER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 02/05/09                                    _____
                                                  JOHN HEISER

COMPLAINT

## EXHIBIT A

COMPLAINT

When they first started to call me, I told them that I was in a lot of pain, told them about the truck, my head, and gave them a time period during which I would be best able to try and get everything straightened out. That was a bad mistake, because calls now came from them sometimes as much as 5 or six hours before I was ready, or, much later at night. I had asked them to please call only between 2PM and 5PM, central standard time. As I remember, most of the time they called, I was lying down. Our answering machine wasn't working correctly, so they would just ring, no matter what time. I counted one time twenty four rings. They are calling everyday. I call FedEx, talk to them, they tell me they were wrong, and everything is straightened out. My head is working pretty well despite the brand new pains. I was having a very bad pain day, and, was in a fetal position, trying to block everything out. I think they called three time that day. I don't understand. They had told me everything was fine. I ask them, please stop and check with Customs and FedEx. They said that this is their account now, and that I have to pay, Pay what they were asking. The calls increase. And increase. I am once again afraid of the phone and the doorbell. Every time the phone rings I cringe. They just want me to pay. they don't care if I owe money or not. There were quite a few days, when they called way outside the time parameters, often shortly after I had just medicated.

Dated: 2/5/09

Name: JOHN CHARLES HEISER

Signed: *[signature]*

1
2
3  **EXHIBIT B**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — (YES) NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: WHEN THEY KEPT CALLING & SENDING ME PILES OF MAIL, I GOT INTIMIDATED. It is LIKE EVERYTHING IS STARTING OVER AGAIN, I AM ON A TREADMILL GOING NOWHERE AGAIN. THEY SAID (FED EX) I DON'T OWE ANY $, (ON THE PHONE) AND THEN THEY SAY I DO. I START TO FEEL I CAN'T TRUST MY MEMORY ANYMORE, + that I am like a dog chasing its tail, or that I am just taking up space and ruining everybody's lives. EVERYONE WHO CARES ABOUT ME. I was doing things again, writing, artwork, designs. Everything stops. I feel frozen. Almost never leave the house. Afraid to call old friends. THEY make me feel meaningless. They are rude, abussive, they don't listen. I don't know what to do. THEY STEAL MY HONOR, IF, I have no honor, I have no face, I have no word.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 02/05/09

Signed Name: [signature]

Printed Name: JOHN CHARLES HEISER