Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HEISER, | ) | Case No.  09-CV-00382-GEB-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF SETTLEMENT |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and

Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of

this action in its entirety with prejudice within 30 days.  The parties jointly request  that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on

or after April 17, 2009, for filing dispositional documents.

Dated: 3/19/09                          KROHN & MOSS, LTD.


                                        /s/Ryan Lee
                                        Ryan Lee
                                        Attorney for Plaintiff
                                        John Heiser


Dated: 3/19/09                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                        /s/ Debbie P. Kirkpatrick
                                        Debbie P. Kirkpatrick
                                        Attorney for Defendant
                                        NCO Financial Systems, Inc.