IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HEISER,)
              )   2:09-cv-00382-GEB-DAD
    Plaintiff,   )
              )
  v.          )   ORDER RE: SETTLEMENT
              )   AND DISPOSITION
NCO FINANCIAL SYSTEMS, INC., )
              )
    Defendant.  )
_____)

    On March 19, 2009, a Notice of Settlement was filed in which the parties' request thirty days within which to file a dispositive document. Therefore, a dispositional document shall be filed no later than April 20, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    The status conference scheduled for May 11, 2009, at 9:00 a.m., will remain on calendar in the event that no dispositional

1

document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: March 25, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).